**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyrone Nacse FREDERIC,**
**Defendant–Appellant.**

**No. 14–11402**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 17, 2014.

Terry Flynn, James Michael Ustynoski, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Barbara Sanders, Sanders & Duncan, PA, Apalachicola, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Barbara Sanders, appointed counsel for Tyrone Nacse Frederic in this direct criminal appeal, has moved to withdraw from further representation of Mr. Frederic and prepared a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mr. Frederic's convictions and sentences are **AFFIRMED.**